UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

May 21, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

ASHLEY NICOLE WELCH,

      Defendant.

Case No.  2:26-cr-00081-DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ASHLEY NICOLE WELCH,

Case No.  2:26-cr-00081-DJC , Charge 21 U.S.C. § 841(a)(1), from custody for the

following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

   x   Unsecured Appearance Bond $ 25,000.00 cosigned by Dorothy Blair

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

   x   (Other): Release delayed until 5/28/2026 at 8:30 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 and be transported to Wellspace.

Issued at Sacramento, California on May 21, 2026, at 2:20 PM.

By: _____

Magistrate Judge Sean C. Riordan